UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MOHAMMED ABUJAYYAB,

                                      Plaintiff,

-against-

LIEUTENANT ROBERT CORBETT, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS A NEW YORK
CITY LIEUTENANT,

                                           Defendant.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 10080 (NRB)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       December 24, 2018

| THE ABOUSHI LAW FIRM, PLLC | ZACHARY W. CARTER |
|---|---|
| 1441 Broadway, Suite 5036 | Corporation Counsel of the |
| New York, New York 10018 | City of New York |
| 212-391-8500 | *Attorney for Defendant Robert Corbett* |
| | 100 Church Street |
| | New York, New York 10007 |
| By: /s/ Tahanie Aboushi | By: /s/ Shira Siskind |
| Tahanie Aboushi | Shira Siskind |
| *Attorney for Plaintiff* | *Senior Counsel* |

SO ORDERED:

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2